

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00107-CV

| | | |
|---|---|---|
| JAMES MILLER, Appellant | § | On Appeal from the 431st District Court |
| | § | of Denton County (20-8768-158) |
| V. | § | January 6, 2022 |
| HEATHER SCHUPP, Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court.

It is further ordered that Appellee Heather Schupp must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _Elizabeth Kerr_____
      Justice Elizabeth Kerr